```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 18207
   LARRY PAUL KUBINIEC
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2949


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/06/05 and confirmed on 06/24/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  11362.00 .

   4.   The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
BECKET & LEE LLP           UNSECURED         15796.66          .00       1857.79
ECAST SETTLEMENT CORPORA   UNSECURED          2939.05          .00        345.65
ECAST SETTLEMENT CORPORA   UNSECURED          3768.97          .00        443.25
CITIBANK NA                UNSECURED        NOT FILED          .00           .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          7547.67          .00        887.65
DISCOVER BANK              UNSECURED          6698.18          .00        787.75
ECAST SETTLEMENT CORPORA   UNSECURED          1148.58          .00        135.08
ECAST SETTLEMENT CORPORA   UNSECURED           340.85          .00         40.09
PELLETTIERI & ASSOC        UNSECURED        NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED           759.48          .00         89.32
ROUNDUP FUNDING LLC        UNSECURED          5429.65          .00        638.56
VAN RU CREDIT              UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          8849.89          .00       1040.80
ACTIVITY COLLECTION SVC    UNSECURED           121.00          .00         14.23
ECAST SETTLEMENT CORPORA   UNSECURED          7364.75          .00        866.14
ROUNDUP FUNDING LLC        UNSECURED          8378.70          .00        985.39
ROUNDUP FUNDING LLC        UNSECURED          7094.56          .00        834.36
         Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      76237.99        .00       76237.99
PRINCIPAL PAID          .00          .00       8966.06        .00        8966.06
INTEREST PAID           .00          .00           .00        .00            .00
TOTAL PAID              .00          .00       8966.06        .00        8966.06
The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2200.00
and was paid $    506.00  direct and $   1694.00  through the plan.

The Trustee received $     483.94 .
```

Refunds to the Debtor totaled $    218.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE